■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE MACK, Also Known as RONNIE MASK, Appellant. [642 NYS2d 270] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered October 28, 1993, resentencing defendant, upon his plea of guilty to robbery in the second degree, to a term of 5 to 15 years, unanimously affirmed.

The court properly exercised its discretion in enhancing defendant's sentence without providing him an opportunity to withdraw his plea, in view of his subsequent arrests and a courtroom outburst that resulted in injuries to several court officers (*see, People v Colon,* 200 AD2d 492). We find that the court's statement at the original plea proceeding, where imposition of the sentence was deferred, that "[defendant] would have to prove to the court that he should not be sent to state prison" put defendant on notice that the commission of further crimes would result in a harsher sentence (*see, supra*), and that the court actually warned defendant to expect a sentence of 5 to 15 years. Defendant's claim that the enhanced sentence was a vindictive response to his successful appeal from his first sentence of 1 1/2 to 4 1/2 years (194 AD2d 384) is without merit, the court having provided appropriate reasons (159 Misc 2d 469) justifying further enhanced sentence (*see, People v Barnes,* 219 AD2d 527), including defendant's misconduct between the first and second sentencings. Concur—Wallach, J. P., Ross, Williams and Mazzarelli, JJ.